CLOSED,ProSe

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:25-cv-12608-ADB

Todino v. Thomas Reuters Corporation  
Assigned to: Judge Allison D. Burroughs  
Demand: $9,999,000  
Cause: 28:1332 Diversity-Libel,Assault,Slander  

Date Filed: 09/16/2025  
Date Terminated: 11/14/2025  
Jury Demand: None  
Nature of Suit: 320 Assault Libel & Slander  
Jurisdiction: Diversity  

**Plaintiff**

**James Todino**  represented by  **James Todino**  
8 Albert Street  
Woburn, MA 01801  
978-490-1069  
Email: info@protectoursafety.com  
PRO SE  

V.

**Defendant**

**Thomas Reuters Corporation**

[Email All Attorneys]  
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|
| 09/16/2025 | 1 | COMPLAINT against All Defendants, filed by James Todino. (Attachments: # 1 Civil Cover Sheet, # 2 Category Form, # 3 Exhibit A-J)(JKK) (Entered: 09/16/2025) |
| 09/16/2025 | 2 | MOTION to Seal by James Todino.(JKK) (Entered: 09/16/2025) |
| 09/16/2025 | 3 | MOTION for Leave to Proceed in forma pauperis by James Todino.(JKK) (Entered: 09/16/2025) |
| 09/16/2025 | 4 | ELECTRONIC NOTICE of Case Assignment. Judge Allison D. Burroughs assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Paul G. Levenson. (AB) (Entered: 09/16/2025) |
| 11/14/2025 | 5 | Judge Allison D. Burroughs: ORDER entered denying 2 Motion to Seal; granting 3 Motion for Leave to Proceed in forma pauperis. This action DISMISSED as frivolous. Because this action is frivolous, the Court certifies that any appeal of this order would not be taken in good faith. See 28 U.S.C. § 1915(a)(3) (jm) (Entered: 11/14/2025) |
| 11/14/2025 | 6 | Judge Allison D. Burroughs: ORDER entered. ORDER DISMISSING CASE(jm) (Entered: 11/14/2025) |